Peter R. Porcino (prp@cll.com)
Eric J. Shimanoff (ejs@cll.com)
COWAN, LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, NY 10036
(212) 790-9200
Attorneys for Plaintiff Mazaya Trading Co. SARL

11 CV 3195



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
MAZAYA TRADING CO. SARL,        :   Civil Action No.
                                :
              Plaintiff,        :
                                :
       -against-                :   **RULE 7.1 CORPORATE**
                                :   **DISCLOSURE STATEMENT**
VCS GROUP LLC,                  :
                                :
              Defendant.        :
                                :
------------------------------------------------------------- x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (a non-governmental party) certifies that Plaintiff has no parent corporation and there is no publicly held corporation that owns 10% or more of Plaintiff's stock.

Dated: New York, New York
       May 11, 2011

Respectfully submitted,

COWAN LIEBOWITZ & LATMAN, P.C.

By:_____
    Peter R. Porcino (prp@cll.com)
    Eric J. Shimanoff (ejs@cll.com)
1133 Avenue of the Americas
New York, New York 10036-6799
(212) 790-9200
Attorneys for Plaintiff Mazaya Trading Co. SARL

26357/000/1240859.1