CAHILL GORDON & REINDEL LLP
EIGHTY PINE STREET
NEW YORK, NY 10005-1702

FLOYD ABRAMS
L. HOWARD ADAMS
ROBERT A. ALESSI
HELENE R. BANKS
LANDIS C. BEST
SUSAN BUCKLEY
KEVIN J. BURKE
JAMES J. CLARK
BENJAMIN J. COHEN
CHRISTOPHER T. COX
STUART G. DOWNING
ADAM M. DWORKIN
JENNIFER B. EZRING
PATRICIA FARREN
JOAN MURTAGH FRANKEL
JONATHAN J. FRANKEL
BART FRIEDMAN
CIRO A. GAMBONI

WILLIAM B. GANNETT
CHARLES A. GILMAN
STEPHEN A. GREENE
ROBERT M. HALLMAN
WILLIAM M. HARTNETT
CRAIG M. HOROWITZ
DOUGLAS S. HOROWITZ
DAVID G. JANUSZEWSKI
ELAI KATZ
THOMAS J. KAVALER
BRIAN S. KELLEHER
DAVID N. KELLEY
CHÉRIE R. KISER*
EDWARD P. KRUGMAN
JOEL KURTZBERG
ALIZA L. LEVINE
JOEL H. LEVITIN
GEOFFREY E. LIEBMANN

TELEPHONE: (212) 701-3000
FACSIMILE: (212) 269-5420

1990 K STREET, N.W.
WASHINGTON, DC 20006-1181
(202) 862-8900
FAX: (202) 862-8958

AUGUSTINE HOUSE
6A AUSTIN FRIARS
LONDON, ENGLAND EC2N 2HA
(011) 44.20.7920.9800
FAX: (011) 44.20.7920.9825

WRITER'S DIRECT NUMBER

(212) 701-3406

MICHAEL MACRIS
ANN S. MAKICH
JONATHAN I. MARK
BRIAN T. MARKLEY
GERARD M. MEISTRELL
WILLIAM J. MILLER
ATHY A. MOBILIA
NOAH B. NEWITZ
MICHAEL J. OHLER
DAVID R. OWEN
JOHN PAPACHRISTOS
LUIS R. PENALVER
DEAN RINGEL
JAMES ROBINSON
THORN ROSENTHAL
TAMMY L. ROY
JONATHAN A. SCHAFFZIN
JOHN SCHUSTER

MICHAEL A. SHERMAN
DARREN SILVER
HOWARD G. SLOANE
SUSANNA M. SUH
ANTHONY K. TAMA
JONATHAN D. THIER
JOHN A. TRIPODORO
GLENN J. WALDRIP, JR.
MICHAEL B. WEISS
S. PENNY WINDLE
COREY WRIGHT
DANIEL J. ZUBKOFF
ADAM ZUROFSKY

*ADMITTED IN DC ONLY

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 9/6/11

August 30, 2011

Re:   Mazaya Trading Co. SARL v. VCS Group LLC, 11 Civ 3195
      (WHP)

Dear Judge Pauley:

I have recently been engaged as counsel for the defendant herein and I write with regard to Your Honor's Order For Initial Pretrial Conference filed on June 7, 2011, which sets the Initial Pretrial Conference in this matter for September 16, 2011 at 12:45 P.M.

Although the docket sheet reflects the filing of the initial complaint in this action on May 11, 2011, that complaint was never served on my client. Instead, an amended complaint was filed on August 22, 2011 and was served on my client in Greenwich, CT on August 23, 2011 together with the Summons issued on March 11, 2011. I was retained the next day.

I have today communicated with counsel for plaintiff herein and they have very courteously agreed to extend defendant's time to respond to the amended complaint by a period of 30 days, which now makes our response due on October 7, 2011. I note that Rule 2(B) of Your Honor's Individual Practice Rules states that the Court will schedule an Initial Pretrial Conference within three months of the filing of the complaint. Under the circumstances set forth herein, I respectfully request that the Court consider utilizing the date of the filing of the *amended* complaint as the trigger for that process, which would put the pre-trial conference somewhere in late November, 2011. This will give the parties an ample opportunity meet and confer to discuss the various things set forth in your Order For Initial Pretrial Conference including, without limitation, the possibility of settlement, contemplated motions, stipulating facts, narrowing issues, fixing the discovery schedule, and setting a date for trial, as well as preparing the mandatory written report to the Court to be filed seven days before the conference. While I am sure plaintiff's counsel are fully prepared for these tasks at the present time, I am not because, as noted above, I have just been retained and have yet to immerse myself in the facts underlying this case.

*Application granted. The initial pretrial conference is adjourned until December 2, 2011 at 10:30 a.m.*

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.

9/6/11

CAHILL GORDON & REINDEL LLP

-2-

Accordingly, I respectfully request that the date of the Initial Pretrial Conference be adjourned as set forth above.  Pursuant to Rule 1(E) of Your Honor's rules, I recite the following:

1.  The original date set by the Court for the Initial Pretrial Conference is September 16, 2011

2.  The reason for the request is, as set forth above, that defense counsel has just been retained promptly upon defendant first being served and needs to familiarize himself with the underlying facts

3.  There has been no prior request for any similar relief

4.  Counsel for plaintiff graciously consents

5.  The requested adjournment will not affect any other scheduled date, and thus there is no need for a proposed Revised Scheduling Order to be attached hereto

6.  This request is being made so as to be received in Chambers not less than two business days before the scheduled time (*viz.*, September 16, 2011).

Respectfully submitted

Thomas J. Kavaler

Honorable William H. Pauley, III
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street - Room 2210
New York, New York  10007

cc: Peter R. Porcino, Esq.
    Eric J. Shimanoff, Esq.