AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

JUDGE PAULEY

| | | |
|---|---|---|
| MAZAYA TRADING CO. SARL | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. **11 CIV 3195** |
| VCS GROUP LLC | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  VCS GROUP LLC
411 West Putnam Avenue
Greenwich, Connecticut 06830

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Peter R. Porcino, Esq.
Eric J. Shimanoff, Esq.
COWAN, LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, New York 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
CLERK OF COURT

Date: MAY 1 1 2011

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **VCS Group, LLC**

was received by me on *(date)* **08/23/2011**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Morgan Lacey** , who is designated by law to accept service of process on behalf of *(name of organization)* **VCS Group, LLC** **411 W. Putnam Ave., Greenwich, CT.** on *(date)* **8/23/11 @ 4:45pm** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **8/29/11**

*Server's signature*

**Ryan Schutt, Process Server**
*Printed name and title*

**105 Haddad Rd., Waterbury, CT. 06708**
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

AFFIDAVIT OF SERVICE


*49870*

Index no : 11 CIV 3195

| Plaintiff(s): | Mazaya Trading Co. Sarl |
|---|---|
| Defendant(s): | VCS Group, LLC |

STATE OF CONNECTICUT
COUNTY OF NEW HAVEN         ss.:

**Ryan Schutt**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the STATE OF CONNECTICUT.

On **08/23/2011** at **4:45 PM**, I served the within **Summons, First Amended Complaint, Rule 7.1 Statement, Rules of Judge Pauley, Rules of Magistrate Gorenstein, and SDNY ECF Rules** on **VCS Group, LLC** at **411 West Putnam Avenue, Greenwich, CT 06830** in the manner indicated below:

CORPORATE SERVICE: By delivering a true copy of said documents to **Morgan Lacey, Receptionist/Secretary** of the above named corporation. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **VCS Group, LLC**, and the recipient responded in the affirmative.

A description of the defendant, or other person served on behalf of the defendant is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Caucasian | Brown | 30 | 5'4" | 115 |
| Other Features: | | | | | |

Your deponent asked the above mentioned recipient whether the defendant was active in the military service and received a negative reply. Upon information and belief I have; being based on the conversations and observations above narrated, defendant is not active in the military service.

Sworn to and subscribed before me on
_August 29_, 20 _11_
by an affiant who is personally known to me or produced identification.

_____
NOTARY PUBLIC
My Commission Expires: _____

PATRICIA J. FISHER
NOTARY PUBLIC
My Commission Expires June 30, 2015

X _____
Ryan Schutt

Atty File#: 26357.000