```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/11
```



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAZAYA TRADING CO. SARL,   Plaintiff, <br><br> - against - <br><br> VCS GROUP LLC, <br><br> Defendant. | 11 CIV 3195 (WHP) <br> **STIPULATION** |

WHEREAS, the amended complaint in this action was served upon the Defendant in Greenwich, Connecticut on August 23, 2011, and

WHEREAS defense counsel retained the next day,

NOW THEREFORE, it is hereby stipulated, consented to and agreed, by, between and among the undersigned, that the time within which Defendant may respond to the amended complaint, whether by answer or motion or otherwise, be, and the same hereby is, adjourned to and including October 7, 2011,

Dated: August 30, 2011,
New York, New York

_____
Cowen Liebowitz & Latman, P.C.
By: Peter R. Porcino
    Eric J. Shimanoff
1133 Avenue of the Americas
New York, New York 10036-6799
212 790-9200

Attorneys for Plaintiff

_____
Cahill Gordon & Reindel LLP
By: Thomas J. Kavaler
80 Pine Street
New York, New York 10005
212 701-3406

Attorney for Defendant

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
9/9/11

SO ORDERED

_____
U.S.D.J.