UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
MAZAYA TRADING CO. SARL,                                                :
                                                                        :
                                                                        :
                                          Plaintiff,                    :   ECF Case 11:civ 3195
                                                                        :
           - against -                                                  :
                                                                        :
VCS GROUP LLC,                                                          :
                                                                        :
                                          Defendant.                    :
                                                                        :
------------------------------------------------------------------------X


## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Thomas J. Kavaler of Cahill Gordon & Reindel LLP hereby enters his appearance as counsel for VCS Group LLC in the above-captioned proceeding. I certify that I am admitted to practice in this court.


Dated:   October 7, 2011                         Respectfully submitted,

                                                  /s/ Thomas J. Kavaler
                                                 Thomas J. Kavaler (tkavaler@cahill.com)
                                                 CAHILL GORDON & REINDEL LLP
                                                 80 Pine Street
                                                 New York, New York 10005
                                                 Telephone: 212-701-3000
                                                 Facsimile: 212-269-5420