UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X
                                                          :
MAZAYA TRADING CO. SARL,                                  :
                                                          :
                                        Plaintiff,        :   ECF Case 11:civ 3195
                                                          :
                    - against -                           :
                                                          :
VCS GROUP LLC,                                            :
                                                          :
                                        Defendant.        :
                                                          :
                                                          :
                                                          :
-------------------------------------------------------------------------X

## NOTICE OF ENTRY OF APPEARANCE

       PLEASE TAKE NOTICE that John O. Enright of Cahill Gordon & Reindel LLP hereby

enters his appearance as counsel for VCS Group LLC in the above-captioned proceeding.  I

certify that I am admitted to practice in this court.


Dated:  October 7, 2011                        Respectfully submitted,

                                                _/s/ John O. Enright_____
                                                John O. Enright (jenright@cahill.com)
                                                CAHILL GORDON & REINDEL LLP
                                                80 Pine Street
                                                New York, New York 10005
                                                Telephone:  212-701-3000
                                                Facsimile:  212-269-5420