UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAZAYA TRADING CO. SARL,

    Plaintiff and Counterclaim-Defendant,

    - *against* -

VCS GROUP LLC,

    Defendant and Counterclaim-Plaintiff.

Case No. 11-CIV-3195 (WHP) (GWG)

ECF Case

---

## STATEMENT OF DEFENDANT VCS GROUP LLC
## PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, defendant VCS Group LLC ("Camuto") states that:

1.     Camuto has no parent corporation.

2.     No publicly held corporation owns 10% or more of Camuto stock.

Dated: October 7, 2011

                                  CAHILL GORDON & REINDEL LLP

                                  By: s/ Thomas J. Kavaler
                                        Thomas J. Kavaler (tkavaler@cahill.com)
                                        John O. Enright (jenright@cahill.com)
                                        80 Pine Street
                                        New York, NY 10005-1702
                                        Telephone: (212) 701-3000
                                        Fax: (212) 269-5420

                                  *Attorneys for Defendant and Counterclaim-Plaintiff*