UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAZAYA TRADING CO. SARL,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>    - against -<br><br>VCS GROUP LLC,<br><br>    Defendant and Counterclaim-Plaintiff. | Case No. 11-CIV-3195 (WHP) (GWG)<br><br>ECF Case<br><br>**JURY TRIAL DEMAND** |

## DEFENDANT AND COUNTERCLAIM-PLAINTIFF'S DEMAND FOR A JURY TRIAL ON PLAINTIFF'S CLAIMS AND ITS COUNTERCLAIM PURSUANT TO FED. R. CIV. P. 38(B)

Defendant and Counterclaim-Plaintiff VCS Group LLC demands a trial by jury on Plaintiff's claims and its Counterclaim pursuant to Rule 38(b) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       October 12, 2011

CAHILL GORDON & REINDEL LLP

By: s/ Thomas J. Kavaler
    Thomas J. Kavaler (tkavaler@cahill.com)
    John O. Enright (jenright@cahill.com)
    80 Pine Street
    New York, NY 10005-1702
    Telephone: (212) 701-3000
    Fax: (212) 269-5420

*Attorneys for Defendant and Counterclaim-Plaintiff*