```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              :
MAZAYA TRADING CO. SARL,      :
                              :
              Plaintiff,      :    11 Civ. 3195 (WHP)
                              :
     -against-                :    SCHEDULING ORDER
                              :
VCS GROUP LLC,                :
                              :
              Defendant.      :
------------------------------X

WILLIAM H. PAULEY III, District Judge:

The parties having appeared for an initial pretrial conference on December 2, 2011, the following case schedule is entered on consent.

1. Fact discovery shall close on March 30, 2012;

2. Plaintiff is directed to make its initial expert disclosure by February 29, 2012;

3. Defendant is directed to make its initial expert disclosure by March 16, 2012;

4. Expert reports are to be exchanged no later than April 30, 2012;

5. Expert discovery shall close by May 31, 2012;

6. The parties are directed to submit a joint pretrial order on June 15, 2012; and

-2-

      7. A final pretrial conference will be held on June 22, 2012 at 12:00 noon.

Dated: December 2, 2011
      New York, New York

                                 SO ORDERED:

                                 WILLIAM H. PAULEY III
                                      U.S.D.J.

*Counsel of Record:*

Peter R. Porcino, Esq.
Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the America's
New York, NY 10036
*Counsel for Plaintiff*

Thomas J. Kavaler, Esq.
Cahill, Gordon & Reindel LLP
80 Pine Street
New York, NY 10005
 *Counsel for Defendant*