UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
: 
MAZAYA TRADING CO. SARL,
:
            Plaintiff,               11 Civ. 3195 (WHP)
:
      -against-                ORDER
:
VCS GROUP LLC,
:
           Defendant.
:
------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/6/11
```

        The above entitled action is referred to the Clerk of the Court for assignment to a Magistrate Judge. The purpose(s) for reference is/are the following:

| | | | |
|---|---|---|---|
| ____ | General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositve Motion/Dispute* | ____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | | | Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ____ | Habeas Corpus |
| _X_ | Settlement* | ____ | Social Security |
| ____ | Inquest After Default/Damages Hearing | ____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | Particular Motion:_____ |
| | | | All such motions: ____ |

\* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:  December 6, 2011
            New York, New York

                                                UNITED STATES DISTRICT JUDGE
                                                WILLIAM H. PAULEY III

Magistrate Judge Gorenstein

*Counsel of Record:*

Peter R. Porcino, Esq.
Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the America's
New York, NY 10036
*Counsel for Plaintiff*

Thomas J. Kavaler, Esq.
Cahill, Gordon & Reindel LLP
80 Pine Street
New York, NY 10005
*Counsel for Defendant*