


**COWAN LIEBOWITZ LATMAN**

Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas
New York, NY 10036

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

**Peter R. Porcino**
(212) 790-9208
prp@cll.com

December 6, 2011



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/11

<u>Via Facsimile (212-805-4268)</u>

Hon. Gabriel W. Gorenstein
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   <u>Mazaya Trading Co., SARL v. VCS Group, LLC, 11cv3195</u>

Dear Magistrate Judge Gorenstein:

This firm represents the plaintiff in the above-referenced action. We are in receipt of Your Honor's Order Scheduling Settlement Conference, filed earlier today. We wish to advise Your Honor that the parties have agreed to engage a private mediator in an attempt to settle the action. It would appear from the schedules of the parties and the selected mediator that the mediation will occur within the first two weeks of January.

In light of the foregoing, I respectfully request that the Settlement Conference scheduled for December 19 be adjourned. At Your Honor's pleasure, a status conference could be scheduled for a date in mid-January or, if preferable, I can notify the Court after the mediation has taken place to advise whether the mediation has been successful, and a conference can be scheduled at that time.

We thank Your Honor for your time and consideration.

Respectfully submitted,

Peter R. Porcino

cc:   Thomas J. Kavaler, Esq. (via e-mail)

*Conference adjourned sine die.*
*Report on the status of the mediation*
*by February 15, 2012.*

SO ORDERED:   DATE: 12/6/2011
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

128078Bv.1 26357/000