

RECEIVED
DEC 20 2011
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAZAYA TRADING CO. SARL,

    Plaintiff and Counterclaim Defendant,

v.

VCS GROUP LLC,

    Defendant and Counterclaim Plaintiff.

Civil Action No. 11 CV 3195(WHP)(GWG)

ECF Case

STIPULATION FOR SUBSTITUTION OF COUNSEL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/11

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that Jeffers Cowherd P.C. is hereby substituted for Cahill Gordon & Reindel LLP as counsel in this action for Defendant and Counterclaim Plaintiff VCS Group LLC ("Camuto"). Camuto's consent to the substitution of counsel is confirmed by the signature of its authorized representative. Plaintiff's consent to the substitution of counsel is confirmed by the signature of its counsel of record.

Jeffers Cowherd P.C. requests that a copy of all papers henceforth served in this action be served upon Edmund J. Ferdinand, III, a principal of the firm and an attorney admitted to practice before this Court, at the firm's offices at 55 Walls Drive, Fairfield, Connecticut 06824.

CAHILL GORDON & REINDEL LLP

_____
Thomas J. Kavaler, Esq. (TK 8577)
Tkavaler@cahill.com
Eighty Pine Street
New York, NY 10005-1702
Telephone: (212) 701-3000
Fax: (212) 269-5420

JEFFERS COWHERD P.C.

_____
Edmund J. Ferdinand, III, Esq. (EF 9885)
Jferdinand@jeffers-law.com
55 Walls Drive
Fairfield, CT 06824
Telephone: (203) 259-7900
Fax: (203) 259-1070

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.

12/21/11

VCS GROUP LLC

*[signature]*

Jessica Elliott Cardon, Esq.
Vice President and General Counsel
411 West Putnam Avenue
Greenwich, CT 06830

COWAN, LIEBOWITZ & LATMAN, P.C.

*[signature]*

Peter R. Porcino, Esq.
prp@cll.com
Eric J. Shimanoff, Esq
ejs@cll.com
1133 Avenue of the Americas
New York, NY 10036-6799
Telephone: (212) 790-9200
Fax: (212) 575-0671
*Attorneys for Plaintiff and Counterclaim Defendant Mazaya Trading Co. SARL*

So ordered this ___ day of December 2011:

_____
Hon. William H. Pauley, III
United States District Judge

2