**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
IN THE MATTER OF REASSIGNMENT

                                             NOTICE OF REASSIGNMENT

                OF

 CASES FROM HON. WILLIAM H. PAULEY

-- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

The cases on the attached list are reassigned to the calendar of:

HON. ANDREW L. CARTER

The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of

Reassignment on all defendants.

Dated: December 30, 2011

Ruby J. Krajick, CLERK

Shante Jones
By: _____
Deputy Clerk

cc: Attorneys of Record

**Judge Pauley to Judge Carter**

**08-cv-8403**

**10-cv-8526**

**11-cv-1434**

**11-cv-3195**

**11-cv-4286**

**11-cv-5471**

**11-cv-6161**

**11-cv-6907**

**11-cv-7535**

**11-cv-8511**