UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Mazaya Trading Co., SARL,

                               Plaintiff(s).

        -against-

VCS Group, LLC,

                               Defendant(s).
------------------------------------------------------------X

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1-9-12**

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

11-CV- 3195 (ALC)(GWG)

This above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

_X_ General Pretrial (includes scheduling, discovery, non dispositive pretrial motions and settlement)

____ Specific Non-Dispositive Motion/Dispute*

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral _____

____ Settlement

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. § 636 (c) for limited purpose (e.g. dispositive motion, preliminary injunction)
Purpose _____

____ Habeas Corpus

____ Social Security

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

All such motions: _____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: **1-9-12** New York, New York

                                        ANDREW L. CARTER, JR.
                                        UNITED STATES DISTRICT JUDGE